# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br><br>BARRETT BAXLEY<br>*Defendant* | ) ) ) ) ) | Case No. 7:25-CR-115-D-RN-1 |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | | | |
|---|---|---|---|
| Place: | Terry Sanford Federal Building<br>310 New Bern Avenue<br>Raleigh, NC | Courtroom No.: | 6th Floor |
| | | Date and Time: | 9/3/2026 at 10:30 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 31 Aug. 2026

*Judge's signature*

James E Gates, United States Magistrate Judge

*Printed name and title*