AO 442 (Rev. 12/85) Warrant for Arrest

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

BARRETT BAXLEY

**RECEIVED**
*By USMS-E/NC at 11:36 am, Nov 25, 2025*

SEALED
WARRANT FOR ARREST

CRIMINAL CASE: 7:25-CR-115-D-RN-1

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

BARRETT BAXLEY he/she shall be brought before the nearest Magistrate/Judge to answer an

**_X_ Sealed Indictment ___ Superseding Indictment ___ Criminal Information ___ Complaint**

**___ Order of Court: ___ Violation Notice ___ Probation Violation Petition** charging him/her with:

FILED
AUG 31 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY MJ DEP CLK

Count 1 - 18 U.S.C. § 1349: Conspiracy to commit bank, mail, and wire fraud
Count 2 - 18 U.S.C. § 1956(h): Money laundering conspiracy
Counts 3, 4, 5, 6, 7, 8, 9 - 18 U.S.C. §§ 1957 and 2: Money laundering; and aiding and abetting

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer by Deputy Clerk

NOVEMBER 24, 2025 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 11/24/2025 | NAME AND TITLE OF ARRESTING OFFICER George K. Dennis FBTFO | NAME AND TITLE OF ARRESTING [signature] for Dennis |
| DATE OF ARREST 8/26/2026 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

BARRETT BAXLEY

RECEIVED
By USMS-E/NC at 11:36 am, Nov 25, 2025

**SEALED**
**WARRANT FOR ARREST**

**CRIMINAL CASE: 7:25-CR-115-D-RN-1**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**BARRETT BAXLEY** he/she shall be brought before the nearest Magistrate/Judge to answer an

**_X_ Sealed Indictment ____ Superseding Indictment ______Criminal Information______Complaint**

**_____ Order of Court: _____Violation Notice_____Probation Violation Petition** charging him/her with:

FILED
AUG 31 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ____ DEP CLK

Count 1 - 18 U.S.C. § 1349: Conspiracy to commit bank, mail, and wire fraud
Count 2 - 18 U.S.C. § 1956(h): Money laundering conspiracy
Counts 3, 4, 5, 6, 7, 8, 9 - 18 U.S.C. §§ 1957 and 2: Money laundering; and aiding and abetting

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

NOVEMBER 24, 2025 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 11/24/2025 | NAME AND TITLE OF ARRESTING OFFICER George K. Dennis FBTFO | NAME AND TITLE OF ARRESTING for Dennis |
| DATE OF ARREST 8/26/2026 | | |