UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-00115-D-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BARRETT BAXLEY | ORDER |

This matter came before the undersigned District Court Judge, upon motion filed by the Office of the Federal Public Defender seeking leave to withdraw as counsel for Barrett Baxley, the Defendant herein.

Based upon a finding that Mr. Baxley has retained Robert Hood Hale, Jr., to represent him and Mr. Hale has filed a Notice of Appearance, the Court concludes that the Office of the Federal Public Defender should be granted an order allowing it leave to withdraw as counsel for Mr. Baxley.

NOW, THEREFORE, it is hereby Ordered that the motion filed by the Office of the Federal Public Defender is allowed and that the Office of the Federal Public Defender is granted leave to withdraw as counsel for Barrett Baxley.

SO ORDERED this 8 day of September, 2026.

J. Dever

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE